**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                                 **PLAINTIFF**

v.                           **CASE NO. 4:22-CR-00083-01 LPR**

**BLESSOE WATSON**                                                         **DEFENDANT**

**GENERAL CRIMINAL SCHEDULING ORDER**

This case has been continued and re-set for trial on **December 13, 2022**. The Court orders the following schedule to move this case forward fairly and efficiently to a prompt resolution.

- **Thirty Days Before Trial Date**

  File a Joint Report answering these questions:

  1. Is this case ready for trial or a plea?

  2. If trial-ready, how many six-hour days are needed?

  3. If a party intends to seek a continuance, how long a delay will be requested and why?

- **Twenty-One Days Before Trial Date**

  1. In trial-ready cases, file any pre-trial motions, proposed voir dire questions, **and** notice of submitting proposed jury instructions to chambers. Focus on and submit only elements instructions, citing models and authority; the Court will use standard introductory and closing instructions. A response to any motion is due seven calendar days after the motion is filed.

  2. In cases that are not trial-ready or where a guilty plea will be offered, do one of two things.

     a. Get a plea date set with chambers **and** submit the proposed plea agreement (if any) to chambers; or

     b. File a motion for continuance that complies with this Court's Order Regarding Continuances.

IT IS SO ORDERED THIS 29th day of March 2022.

                                                        LEE P. RUDOFSKY  
                                                        UNITED STATES DISTRICT JUDGE